UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-81408-DMM

WOODBRIDGE STRUCTURED
FUNDING, LLC, a Delaware Limited
Liability Company, and WOODBRIDGE
GROUP OF COMPANIES, LLC, a
Delaware Limited Liability Company
      Plaintiffs,
vs.

ANDRES PINA, an individual; SHANOID
ANTHONY MAYS, a/k/a Anthony Mays,
an individual; JOSUE BENITEZ, and
individual; THE 314 INVESTMENTS, an
unknown California entity    /
      Defendants.

**NOTICE OF FILING PLAINTIFFS' EXHIBIT TABLE AND EXHIBITS IN
SUPPORT OF ITS EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, WOODBRIDGE STRUCTURED FUNDING, LLC and WOODBRIDGE GROUP OF COMPANIES, LLC (collectively referred to herein as "Woodbridge"), hereby file this Notice of Filing Exhibit Table and Exhibits in Support of its *ex parte* Application for Temporary Restraining Order and Preliminary Injunction.

Due to the extensive number of exhibits and the cross-referencing of exhibits in the Bibi Farrington and Allen Shvarts Declarations (filed concurrently herewith), Plaintiffs hereby submit (a) an Exhibit Table listing the document, the sponsoring witness, the source of the document and citation to the Verified Complaint and (b) a copy of all the exhibits. The Farrington and Shvarts Declarations refer to "exhibits attached" as those exhibits were provided to the Declarants. The "audio files" Pl. Decl. Ex22, Ex24, Ex25, Ex26, and Ex29 are not attached but will be presented at the preliminary injunction hearing (or otherwise if requested by the Court).

1

## PLAINTIFFS' EXHIBIT TABLE

| Plaintiffs' Exhibit No. | Description | Sponsoring Witness and Source | Citation to Verified Complaint (herein "VC ¶ 1") |
|---|---|---|---|
| Pl-Decl. Ex01 | Aug. 21, 2012 – Benitez and Woodbridge SF: Confidentiality, Noncompetition and Nonsolicitation Agreement (see also Complaint Exhibit PX-01, herein "Compl't PX-01") | [Bibi Farrington] From Woodbridge ("WB") corporate records. | VC ¶ 29: see contractual provisions |
| Pl-Decl. Ex02 | October 23, 2013 – Pina and Woodbridge SF: Florida Confidentiality, Noncompetition and Nonsolicitation Agreement for Continuing Employees. (see also Compl't PX-03) | [Bibi Farrington] From WB corporate records. | VC ¶ 39: see contractual provisions |
| Pl-Decl. Ex03 | October 23, 2013 - Mays and Woodbridge SF: California Confidentiality and Nondisclosure Agreement for Continuing Employees. (see also Compl't PX-04) | [Bibi Farrington] From WB corporate records. | VC ¶ 45: see contractual provisions |
| Pl-Decl. Ex04 | October 7, 2013, Benitez and Woodbridge SF: Woodbridge Structured Funding LLC Termination and Nonsolicitation Agreement (see also Compl't PX-02) | [Bibi Farrington] From WB corporate records. | VC ¶ 33; VC ¶ 36: see contractual provisions |
| Pl-Decl. Ex05 | Nov. 25, 2015: Recorded – Transcribed telephone conversation with Woodbridge ("WB") Receptionist Kami Hefec and Andres Pina that Pina leaving WB. | [Bibi Farrington] WB records calls between its employees and its customers, with the customer approval. A transcription was made of this call between the receptionist and Pina. The transcription is accurate. | VC ¶ 69: Pina told Woodbridge receptionist's that he was leaving the company in Nov. 2015. |
| Pl-Decl. Ex06 | Dec. 21, 2015: Pina's Calendar notes list appointment for new | [Allen Shvarts] Electronic record | VC ¶ 70: While employed, Pina and |

2

| | | | |
|---|---|---|---|
| | office space | document ("Doc") located on Pina's Outlook calendar | Mays look for office space and Pina's appointment calendar lists a visit to new office. |
| Pl-Decl. Ex07 | Jan. 28, 2016: Email from Pina to Mays with electronic rental application for new office | [Allen Shvarts] Doc located on WB email system. | VC ¶ 70: Pina emailed office rental application to Mays. |
| Pl-Decl. Ex08 | Feb. 22, 2016: Mays Computer Record: Google search for real estate broker for new office. Document obtained during search of May computer. | [Allen Shvarts] Doc located on WB computer system. | VC ¶ 70: Mays searched online for office space. |
| Pl-Decl. Ex09 | Mar. 2, 2016: Email exchange from new office real estate broker Douglas Emmett to Pina, then forwarded to Mays (see Mays personal email amays4dish@yahoo.com): Proposal for office at 15910 Ventura #1012 with Letter from Emmett to Pina and 314 Company, Letter sent to <AndresPina314@gmail.com> and <anthonym@woodbridgewealth.com> | [Allen Shvarts] Doc located on WB email system. | VC ¶ 70: Mays sent Pina a lease proposal for new office. |
| Pl-Decl. Ex10 | Mar. 11, 2016: LA Dept of Water and Power letter to Pina for service at 18308 Sherman Way, Suite 6, Reseda, CA 91335, acct. 219 815 3309 | [Allen Shvarts] Doc located on WB email system. | VC ¶ 70: Pina established electrical service for new office. |
| Pl-Decl. Ex11 | May 2, 2016: Pina's Calendar Note to pay rent | [Allen Shvarts] Doc located on WB MS Outlook system. | VC ¶ 70: Pina's calendar note to pay rent on new office. |
| Pl-Decl. Ex12 | Feb. 10, 2016: Pina Computer Record shows preparation of Pina's letter of resignation | [Allen Shvarts] Doc located on WB computer system. | VC ¶ 71: Pina drafted resignation letter on computer. |
| Pl-Decl. Ex13 | Feb. 10, 2016: Mays Computer Record: Google search to determine whether Woodbridge required to pay for vacation time | [Allen Shvarts] Doc located on Mays computer. | VC ¶ 72: Mays searches "incognito mode" vacation time pay and resignation. |
| Pl-Decl. Ex14 | Mar. 4, 2016: Mays emails himself at mays4dish@yahoo structured settlement lead buyers | [Allen Shvarts] Doc located on WB email system. | VC ¶ 74: Mays emailed himself links to Woodbridge's closest competitors. |
| Pl-Decl. | Mar. 4, 2016: Mays Computer | [Allen Shvarts] Doc | VC ¶ 73; VC ¶ 75: Mays |

3

| Ex15 | Record shows search for structured settlement companies and the deletion of that data | produced from Mays' WB computer listing Google search terms. The date of the Google search event is shown. No supporting docs located on Mays' computer or in the WB Database. | compiled a list of competitors and emailed list to himself; Mays hid theft of data by erasing using the CHROME Incognito Mode. |
|---|---|---|---|
| Pl-Decl. Ex16 | Mar. 7, 2016: Email exchange between Pina and Woodbridge Principal Robert (Bob) Shapiro. Pina states when asked would you take the database: "I would not take the database and if SS is the direction I decide to go, I have the experience and knowledge to create it myself" | [Shapiro and Allen Shvarts] Doc located on WB computer email system. | VC ¶ 78: After his resignation, Pina was asked by Shapiro if he took the database, Pina says no. |
| Pl-Decl. Ex17 | Mar. 7, 2016: Pina's Computer Record shows interaction with DropBox file sharing company. | [Allen Shvarts] Doc produced from Pina's WB computer shows DropBox upload event and date. | VC ¶ 80; VC ¶ 178: Pina copied, uploaded and stole the entire Woodbridge Database through Dropbox. |
| Pl-Decl. Ex18 | Mar. 7, 2016: Pina's Computer Record shows upload of volumes of Woodbridge records, shows failure of the upload due to the large volume; shows on pg. 14 a DropBox crash indicating failure to upload Woodbridge files; shows on pg. 15 execution of uTorrent program. | [Allen Shvarts] Doc compares "Source" from Pina's computer, URL site name (DropBox), size of file uploaded to DropBox (see pdf pg. 3), Error-crash upload event (see pdf pg. 7 and 14) and use of uTorrent which hides upload path (see pdf pg. 15). | VC ¶ 80; VC ¶ 178: Pina copied, uploaded and stole the entire Woodbridge Database through Dropbox. His computer crashed during the massive upload. |
| Pl-Decl. Ex19 | March 7, 2016: Pina's emailed resignation letter | [Bibi Farrington] Doc from WB email records. | VC ¶ 80; Pina resigns March 7. |
| Pl-Decl. Ex20 | Mar. 7, 2016: Pina's Computer Record showing data upload to DropBox. Exhibit is an excerpt | [Allen Shvarts] Excerpts of PDF paginated Doc | VC ¶ 80; VC ¶ 178: Pina copied, uploaded and stole the entire |

4

| | | | |
|---|---|---|---|
| | showing 5653 pages of uploaded Woodbridge ("WB") Database records into Pina's DropBox file. | complied from Pina WB computer showing list of WB files uploaded to DropBox by Pina, first page with Pina camera-photo uploads and last page of the 5653 page PDF doc. | Woodbridge Database through Dropbox. |
| Pl-Decl. Ex20a | Mar. 7, 2016: Samples from the 5653 page upload Pina Computer Record.  Document consists of first page, last page and random samples of uploaded files from WB Database. Each page lists 23 files and the doc shows that Pina uploaded nearly 130,000 WB files. | [Allen Shvarts] Excerpts of Doc complied from Pina WB computer showing list of WB files uploaded to DropBox. The first WB customer record "Abxx, David" (last name redacted) shows 46 customer files; randomly selected WB customer "Huxx, Emily" shows 63 entries; some WB Investor data is shown; random customer "Taxx, Josue" shows 33 entries; and the last WB customer "Zwxx, Arron" shows 51 entries. Compare these to "Zwxx, Arron" entries on the last page of Pl-Decl. Ex20. | VC ¶ 133: Woodbridge Database listed Woodbridge customers and Investors. |
| Pl-Decl. Ex21 | March 16, 2016 - Pina and Woodbridge Group: Confidential Separation Agreement and Release of All Claims (See also Compl't PX-05) | [Bibi Farrington] Doc from WB records. | VC ¶ 57; VC ¶ 81: see contractual provisions. |
| Pl-Decl. Ex22 | Audio file: Stanfield and Woodbridge; Stanfield discusses | [Bibi Farrington] Recording from WB | VC ¶ 85; VC ¶ 95: Stanfield called |

5

| | | | |
|---|---|---|---|
| | deal with Pina (to be submitted at the Court hearing) | computer system. | Woodbridge and spoke to Pina regarding a new transaction; 3 wk later call from Stanfield to Woodbridge. |
| Pl-Decl. Ex23 | Pina's Computer Record shows preparation of Stanfield excel file | [Allen Shvarts] Record from Pina WB computer shows stanfield.xlsx file | VC ¶ 86: During the Stanfield call Pina created "stanfield," dock on his desktop. |
| Pl-Decl. Ex24 | Audio file: Stanfield (to be submitted at the Court hearing) | [Bibi Farrington] Recording from WB computer system. | VC ¶ 87: Pina calls with Stanfield re $500 advance. |
| Pl-Decl. Ex25 | Audio file: Pina speaks with Stanfield and Pina plans to send money via Western Union to Stanfield. (to be submitted at the Court hearing) | [Bibi Farrington] Recording from WB computer system. | VC ¶ 87: Pina calls with Stanfield re $500 advance. |
| Pl-Decl. Ex26 | Audio file: Pina speaks with Stanfield about Western Union payment and Pina gives Stanfield his cellphone (to be submitted at the Court hearing) | [Bibi Farrington] Recording from WB computer system. | VC ¶ 87: Pina calls with Stanfield re $500 advance. |
| Pl-Decl. Ex27 | Feb. 15, 2016: Pina email with Western Union | [Allen Shvarts] Doc from Pina WB computer. | VC ¶ 90: Pina gets email from Western Union re "new" account. |
| Pl-Decl. Ex28 | Feb. 16, 2016: Court Petition: Legacy One LLC and Stanfield | [Allen Shvarts] Doc from WB Database. | VC ¶ 92: Legacy One, files in court for approval of Stanfield deal. |
| Pl-Decl. Ex29 | Audio file: Anthony Mays and R. Castro (to be submitted at the Court hearing) | [Bibi Farrington] Recording from WB computer. | VC ¶ 103; VC ¶ 109: Castro called Woodbridge and spoke with Mays - discuss terms of deal. |
| Pl-Decl. Ex30 | Jan. 20, 2016: Email chain with Mays and R. Castro | [Allen Shvarts] Docs from Mays WB computer. | VC ¶ 104: Mays and Castro exchange emails re proposed deal terms. |
| Pl-Decl. Ex31 | Jan. 28, 2016: Mays computer records show excel files for Castro and Pacific Life and Prudential | [Allen Shvarts] Computer record from Mays computer shows excel file names. These excel files were deleted from Mays' computer and are not available. | VC ¶ 105: Mays creates docs (i) "Prudential" (ii) Excel doc "Castro – Prudential"; and (iii) Excel spreadsheet "Castro – Pacific Life". |
| Pl-Decl. | Mar. 7, 2016: Mays computer | [Allen Shvarts] | VC ¶ 106: Mays deleted |

6

| | | | |
|---|---|---|---|
| Ex32 | records show Mays deleted excel files for Pacific Life | Mays computer report shows excel files "not located" on Mays' computer. Most likely, files deleted by Mays | Castro docs. |
| Pl-Decl. Ex33 | Feb. 17, 2016: Mays computer records show Mays accessed Castro deal #1 and deal #2 files | [Allen Shvarts] WB's Database is accessed using Google Chrome Browser.  The Doc is a Mays computer record of searches through the WB Database and shows date and which file is accessed. | VC ¶ 107: Mays regularly accessed documents from Castro's two (2) deals. |
| Pl-Decl. Ex34 | Feb. 17, 2016: Court Petition Legacy One LLC and R. Castro, pg 18 shows Woodbridge fax number 800-241-0237 and "A. Pena" name and shows Woodbridge database date May 12, 2015.  Faxed document taken from Woodbridge Database. | [Allen Shvarts] Publicly acquired doc, shows on pdf pg. 18, fax dated May 2015, a WB fax number and WB employee name "A. Pena." | VC ¶ 108-109; VC ¶ 115: Petition by Legacy One for Castro deal;  Petition listed Woodbridge's fax number and WB employee A. Pena on header. |
| Pl-Decl. Ex35 | Apr. 6, 2016: Misdirected fax from Castro to Woodbridge to the attention of Anthony Mays, with signature pages for structured settlement | [Allen Shvarts] Doc from WB records. | VC ¶ 112: Woodbridge received a misdirected fax addressed to Mays from Castro. |
| Pl-Decl. Ex36 | Jan. 20, 21, 2016 person search by Pina for N. Dawkins of FL; Mar. 9, 2016 Lexis Search bill for N. Dawkins by Pina, Pina computer records for Dawkins | [Bibi Farrington] A compiled doc from LEXIS account records for searches done by Pina and Pina computer records showing searches for Dawkins. | VC ¶ 121: Pina accessed the Woodbridge Database for Dawkins records. |
| Pl-Decl. Ex37 | Mar. 10, 2016: Lexis CourtLink billing records for Pina for N. Dawkins and several other Woodbridge Customers | [Bibi Farrington] Doc from LEXIS account records for searches done by Pina. | VC ¶ 121: VC ¶ 122: Pina accessed Woodbridge Database for Dawkins data; Pina searched Lexis database for Dawkins data. |
| Pl-Decl. | Apr. 26, 2016: Pina emails | [Allen Shvarts] Doc | VC ¶ 125: Pina emailed |

7

| | | | |
|---|---|---|---|
| Ex38 | himself at <the314investments@gmail.com> address Book2_2015.xlsx spread sheet with nearly 50 Florida residents who have structured settlements. Pina forwarded a Jan. 13, 2015 email sent to Pina from Woodbridge data vendor M. Finn at recordsresearch2013. | obtained from WB email system. | to his "314" gmail account <the314investments@gmail.com> an EXCEL file, namely Book2 2015.xlsx (customer leads). |
| Pl-Decl. Ex39 | Apr. 9, 2016: TLO Billing record shows Pina use of TLO database paid for by Woodbridge; also shows use of social security numbers (SSN); Detail shows type of Pina search by SSN | [Bibi Farrington] Doc obtained from TLO-TransUnion for searches by Pina (see Pina WB email address at User Name). | VC ¶ 123: Pina used credit report vendor (TLO, TransUnion) and obtained credit report data and social security numbers for various customers. |
| Pl-Decl. Ex40 | Mar. 21, 2016: TLO Billing record shows Pina use of TLO database paid for by Woodbridge and use of SSN | [Bibi Farrington] Doc obtained from TLO-TransUnion for searches by Pina (see Pina WB email address). | VC ¶ 123: Pina used credit report vendor (TLO, TransUnion) and obtained credit report data and social security numbers for various customers. |
| Pl-Decl. Ex41 | Mar. 9, 2016: Pina computer records show search for N. Dawkins | [Allen Shvarts] Doc from Pina computer for WB customer searches (LEXIS and public record) | VC ¶ 121, 122: Pina accesses Woodbridge database for Dawkins data. |
| Pl-Decl. Ex42 | Pina computer records show search for N. Dawkins and split commission with Legacy One | [Allen Shvarts] Doc from Pina computer. See doc for "Dawkins" and "split" and "Legacy" notations. | VC ¶ 122: Pina search for Woodbridge competitor Legacy One re customer Dawkins. |
| Pl-Decl. Ex43 | Mar. 4, 2016: Court Petition Legacy One LLC and Dawkins and SuttonPark Structured Settlements LLC | [Allen Shvarts] From the WB Database. Retrieved public doc. | VC ¶ 121; VC ¶ 122: court records for Dawkins showing transaction with Legacy One LLC and SuttonPark Settlements LLC. |
| Pl-Decl. Ex44 | Exhibit Omitted | | |
| Pl-Decl. Ex45 | Feb. 10, 2016: Court Notice of Hearing: Legacy One LLC and Dawkins | [Allen Shvarts] From the WB Database. Retrieved public doc. | VC ¶ 121: court records for Dawkins showing transaction with Legacy One LLC and SuttonPark |

8

| | | | Settlements LLC. |
|---|---|---|---|
| Pl-Decl. Ex46 | Mar. 9, 2016: Pina computer records show download of Woodbridge Customers Bennett, Dawkins, Castro. | [Allen Shvarts] Doc from Pina computer showing searches through WB Database for customers. | VC ¶ 122, 128, 129: Pina used vendor Lexis to access data re Dawkins, Bennett and Castro. |
| Pl-Decl. Ex47 | Sept. 21, 2015: email from Pina to Mays for Florida customer J. Marko | [Allen Shvarts] Doc from WB email system. | VC ¶ 130: Pina obtained confidential data on Florida resident Marco. |
| Pl-Decl. Ex48 | Oct. 8, 2015: Email from Pina to Mays re Woodbridge customer R. Blanco of Fl (see "305" area code) | [Allen Shvarts] Doc from WB email system. | VC ¶ 130: Pina obtained Florida resident Blanco data from Woodbridge Database. |
| Pl-Decl. Ex49 | Oct. 19, 2015: Pina emails to himself Woodbridge Customer B. Dungan of FL | [Allen Shvarts] Doc from WB email system. | VC ¶ 130: Pina obtained Florida resident Dungan data from the Database. |
| Pl-Decl. Ex50 | Sept. 22, 2015: Court Petition for Woodbridge customer J. Avery of FL | [Allen Shvarts] From the WB Database.Doc obtained from public source. | VC ¶ 130: Pina obtained Florida resident Avery's data. |
| Pl-Decl. Ex51 | Exhibit Omitted | | |
| Pl-Decl. Ex52 | Apr. 4, 2016: Lexis CourtLink Search Report for Pina, lists Customer Bennet and FL Customer Arough | [Bibi Farrington] Doc from Pina's WB LEXIS account shows searches. See "Welcome Andres Pina" upper right corner. | VC ¶ 128: Pina uses LEXIS account and CourtLink database to obtain structured settlement data on Bennet. |
| Pl-Decl. Ex53 | Apr. 19, 2016: Lexis CourtLink for Pina and Uber Funding LLC and FL customer H. Patterson | [Bibi Farrington] From the WB Database. Doc from WB LEXIS search. | VC ¶ 126: Pina uses LEXIS account to locate, via CourtLink, data on H. Patterson and Uber Funding LLC. |
| Pl-Decl. Ex54 | Apr. 19, 2016: Lexis CourtLink for Pina and Uber Funding LLC and FL customer T. Mack | [Bibi Farrington] From the WB Database. Doc from WB LEXIS search. | VC ¶ 127: Pina uses LEXIS account to locate, via CourtLink, data on T. Mack and Uber Funding. |
| Pl-Decl. Ex55 | Sept. 3, 2015: Court Order Uber Funding LLC and T. Mack | [Allen Shvarts] From the WB Database. Doc from public source. | VC ¶ 127: Woodbridge Database had T. Mack data from a Sept. 2015 transaction. |
| Pl-Decl. Ex56 | June 4, 2015: Court Notice of Hearing Uber Funding LLC and | [Allen Shvarts] From the WB | VC ¶ 126: Woodbridge Database has a record for |

9

|  | H. Patterson | Database. Doc from public source. | H. Patterson from a June 2015 transaction. |
|---|---|---|---|
| Pl-Decl. Ex57 | Sept. 3, 2015: Court Order Uber Funding LLC and A. Sherman of FL | [Allen Shvarts] From the WB Database. Doc from public source. | VC ¶ 130: Pina accessed Woodbridge vendor database and obtained Sherman's Settlement Order. |
| Pl-Decl. Ex58 | Apr. 19, 2016: Lexis CourtLink for Pina lists FL Customers: H. Patterson, T. Mack, and C. Uber | [Bibi Farrington] Doc from WB LEXIS account. | VC ¶ 126, 127: Pina used LEXIS account again to locate, via CourtLink, data on H. Patterson, T. Mack and Uber Funding LLC. |
| Pl-Decl. Ex59 | Oct. 2, 2015: Court Petition for Kevin W of FL | [Allen Shvarts] From the WB Database. Doc from public source. | VC ¶ 130: Pina accessed data for Welch. |
| Pl-Decl. Ex60 | Mar. 11, 2016: Mays Computer Records show download of settlement leads | [Allen Shvarts] Doc prepared from Mays computer shows access to WB Database and Mays searches. | VC ¶ 75: On the day Mays resigned, he searched the Woodbridge Database and downloaded structured settlement lead files. |
| Pl-Decl. Ex61 | May 3, 2016: Pina's Computer Records show deleted emails for <the314investments@gmail>; May 2: a call back reminder to a South Florida phone number; Apr. 26: settlement research; Apr. 14: many searches for documents; Mar. 30: search for settlement document; Mar. 10: open LA Water and Power Dept account. | [Allen Shvarts] Doc prepared from Pina email records on WB computer system, showing email events. | VC ¶ 132: Pina accessed the Woodbridge email system and deleted a number of emails to cover his tracks - he deleted emails to his "314" gmail account. |
| Pl-Decl. Ex62 | June 1, 2016: Lexis CourtLink searches for Pina: lists <mpollock@gmail.com>; Pollock is not a Woodbridge employee | [Bibi Farrington] Doc from Pina's WB LEXIS account shows searches. See "Welcome Andres Pina" upper right corner. | VC ¶ 131: Pina accessed Woodbridge vendor LEXIS' database using false user name (<mpollock@gmail.com>0). |
| Pl-Decl. Ex63 | June 3, 2016: Lexis CourtLink billing records to Woodbridge for Pina's account: shows M. Castro search. | [Bibi Farrington] Doc from WB LEXIS account records shows searches for "Welcome Andres | VC ¶ 129: Pina uses LEXIS account and CourtLink database to access data on M. Castro. |

10

| | | Pina". | |
|---|---|---|---|
| Pl-Decl. Ex64 | June 3, 2016: Lexis CourtLink search records for Pina account shows a search for M. Castro. | [Bibi Farrington] Doc from WB LEXIS account records shows searches for "Welcome Andres Pina". | VC ¶ 129: Pina uses LEXIS account and CourtLink database to access data on M. Castro. |

DATED: _Aug. 10, _____ 2016.

Respectfully submitted,

Kain Spielman, P.A.

By: /s/*Robert Kain*
Robert C. Kain, Jr.
Florida Bar No. 266760
rkain@complexip.com
Darren Spielman
Florida Bar No.010868
dspielman@complexip.com
Kain Spielman, P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, FL 33316
Telephone: 954-768-9002
Facsimile: 954-768-0158
Attorneys for Plaintiffs

11